UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-21063-BLOOM/Otazo-Reyes**

NELSON VARGAS,
*and other similarly situated individuals*,

    Plaintiff,

v.

CAICO E. PEPE, LLC,
*doing business as*
Alexander Greek Tavern
and JEROME AXELROD,

    Defendants.
_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** is before the Court upon Joint Motion for Approval of FLSA Settlement, ECF No. [28] ("Motion"), filed on September 20, 2022. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [28]**, is **GRANTED**.

2. The Settlement Agreement and General Release, ECF No. [28] at 7-16 ("Settlement Agreement"), which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT**.

Case No. 22-cv-21063-BLOOM/Otazo-Reyes

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 20, 2022.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record